

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRM
F. #2017R00542

*610 Federal Plaza*
*Central Islip, New York 11722*

February 5, 2018

By Hand and ECF

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. David Cerqueira, 17-CR-171 (DLI)</u>

Dear Chief Judge Irizarry:

      The government respectfully submits this letter pursuant to the Court's order, entered on November 9, 2017, directing the government to update the Court regarding the status of the government's progress in gathering restitution information from the victims in the above-captioned matter and providing said information to the Probation Department.

      As of February 2, 2018, the government has received restitution requests from all victims whom have expressed an intention to submit such a request. Upon receipt of each request, the government has provided the request to the United States Probation Department. Based upon correspondence with the victims in this case, the government does not anticipate any further restitution requests will be submitted in the future. Therefore, at this point, the Probation Department has been provided with all restitution information the government expects to be available in connection with the above-captioned case and can now determine at appropriate amount of restitution in accordance with the defendant's plea of guilty and applicable law.

2

      Based upon the foregoing, the government requests that the Court fix a date for the disclosure of the presentence report as well as a date for the Court to sentence the defendant.

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE  
                                  United States Attorney

By:   /s/ Michael R. Maffei  
       Michael R. Maffei  
       Assistant U.S. Attorney  
       (631) 715-7890

cc:  Clerk of the Court (DLI) (via ECF)  
      Michael Weil, Esq. (via ECF and email)